IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARLOS TOVAR-MENDOZA,

    Petitioner,

v.                                          No. 2:18-cv-00982 KWR-LF

RICHARDO MARTINEZ, *et al.*,

    Respondents.

## ORDER STRIKING VOLUMINOUS MOTIONS

**THIS MATTER** is before the Court on Petitioner's Motion for Relief from Judgment and various supplements thereto (Docs. 20-22; 24-31).  Petitioner filed at least ten motions, supplements, and notices seeking relief from the ruling dismissing his 28 U.S.C. § 2254 claims as time-barred.  *Id.*; *see also* Docs. 18-19.  The filings consist of over 520 pages.  At this point, the Court cannot discern what grounds Petitioner asserts for relief under Fed. R. Civ. P. 59(e) or 60.  The Court will therefore strike all post-judgment filings and permit Petitioner to file a single motion for relief from judgment up to 20 pages long.  If Petitioner timely complies, that motion will relate back to the first post-judgment filing (April 13, 2020).  If he declines to respond or files anything other than a single motion consisting of 20 or fewer pages, the Court will deny his request for reconsideration.

    **IT IS ORDERED** that the Court hereby **STRIKES** all post-judgment filings (**Docs. 20, 21, 22, 24, 25, 26, 27, 28, 29, 30,** and **31**);

    **IT IS FURTHER ORDERED** that within thirty (30) days of entry of this Order, Petitioner may file a **single** motion for relief from judgment up to 20 pages long.

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**