IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARLOS TOVAR-MENDOZA,

    Petitioner,

v.                              No. 2:18-cv-00982-KWR-LF

RICHARDO MARTINEZ, *et al.*,

    Respondents.

## ORDER GRANTING FINAL EXTENSION

**THIS MATTER** is before the Court on Petitioner's Motions for Extension (Docs. 36-40). Petitioner, through counsel, sought various extensions of time to file an amended post-judgment motion challenging the dismissal of his 28 U.S.C. § 2254 habeas petition. However, with the exception of the motion filed October 4, 2021, each proposed deadline passed without Petitioner filing an amendment. The Court will grant one final extension and allow Petitioner to amend his post-judgment motion by October 18, 2021. No further extensions will be granted. If Petitioner complies, his motion will relate back to the original post-judgment filing (Doc. 20) and will be construed under Fed. R. Civ. P. 59(e). Any post-judgment motion filed after October 18, 2021 will be construed under Fed. R. Civ. P. 60(b).

**IT IS ORDERED** that Petitioner's Motions for Extension (Docs. 36-40) are **GRANTED, in part**; and the deadline to file an amended post-judgment motion is extended through October 18, 2021.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**